# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
JUL 10 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)   Case No.   '17MJ2291
Storage West                    )
10756 Jamacha Blvd., Spring Valley, CA 91978 )
Units C594 & C405               )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the ___Southern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841; 846 | Distribution of Controlled Substances; Conspiracy to Distribute Controlled |
| 18 U.S.C. §§ 922(g); 924(c) | Substances; Felon in Possession of Firearm; Possession of Firearm in Relation to Drug Trafficking |

The application is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DEA SA Christopher Slagh
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/10/17

City and state: San Diego, California

Hon. Karen S. Crawford, United States Magistrate Judge
*Printed name and title*

## **ATTACHMENT A**

PROPERTY TO BE SEARCHED

Units C594 and C405 at the Storage West self-storage facility located at 10756 Jamacha Blvd., Spring Valley, CA 91978.

## **ATTACHMENT B**

### ITEMS TO BE SEIZED

1. Documents containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substances, including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, Rolodexes, telephone bills, telephone answering pads, and bank and financial records which evidence violations of Title 21, United States Code §§ 841 and 846.

2. Money, assets, and evidence of assets derived from or used in the purchase of controlled substances and records thereof, including but not limited to United States currency, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers checks receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers which evidence violations of Title 21, United States Code §§ 841 and 846.

3. Weapons, firearms, firearms accessories, body armor, and ammunition and documents relating to the purchase and/or possession of such items.

4. Controlled substances and paraphernalia for packaging, weighing, cutting, testing, distributing and manufacturing controlled substances.

All of the above constituting: (1) evidence of distribution of a controlled substance, and conspiracy to do the same, felon in possession of a firearm, or possession of a firearm in relation to a drug trafficking offense; (2) contraband, fruits of the same offenses, or other items illegally possessed; or (3) property designed for use, intended for use, or used in committing the same offenses.

## AFFIDAVIT

I, Christopher Slagh, being duly sworn, declare and state:

## TRAINING AND EXPERIENCE

1. I am employed by the United States Department of Justice, Drug Enforcement Administration ("DEA"), as a Special Agent and have been so employed since September 2012. I am presently assigned to the San Ysidro Resident Office of the San Diego Field Division in California. I have successfully completed a 17-week DEA Basic Agent Training Academy at the DEA Academy in Quantico, Virginia. This training included instruction in the investigation of federal drug violations, including, but not limited to Title 21, United States Code Sections 841, 843, 846, 952, 960, and 963. Additionally, this training included several hundred hours of comprehensive, formalized instruction in, but not limited to, narcotics investigations, drug identification, drug detection, drug interdiction, financial investigations, money laundering, identification and seizure of drug-related assets, undercover operations, and electronic and physical surveillance techniques and procedures. During the course of my employment as a DEA Special Agent, I have participated in narcotics investigations either as a case agent or in a supporting role. I have debriefed defendants, confidential sources, and witnesses who had personal knowledge regarding narcotics trafficking organizations. In addition, I have discussed the methods and practices used by narcotics traffickers with numerous law enforcement officers and confidential sources. I have also participated in many aspects of drug investigations, including but not limited to, undercover or confidential source buy operations, telephone toll analysis, records research, physical and electronic

surveillance activities, and wiretap investigations. I have personally participated in the investigation of the Drug Trafficking Organization discussed in this affidavit. The following is based on my own observations, the statements and written reports by other law enforcement officers, physical surveillance, interviews, subpoenaed and public records, database checks, phone analysis, and other investigative techniques. This affidavit sets forth a full and complete statement of the facts necessary to justify the requested warrant, but it does not detail each and every fact learned during the course of this investigation. Dates and times are approximate.

## PURPOSE OF THIS AFFIDAVIT

2. This affidavit supports an application for a warrant to search for and seize evidence from the property described in Attachment A, namely: Units C594 and C405 at the Storage West self-storage facility located at 10756 Jamacha Blvd., Spring Valley, CA 91978.

3. Based on the facts set forth below, I have probable cause to believe that in the locations described in paragraph 2, there is evidence of a crime; contraband, fruits of crime, and other items illegally possessed; and property designed for use, intended for use, or used in committing a crime. Specifically, the crimes under investigation are distribution of a controlled substance and conspiracy to do the same in violation of 21 U.S.C. §§ 841 and 846, felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1), and possession of a firearm during and in relation to a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1)(A). The items to be searched for and seized are described in Attachment B, incorporated herein.

## **PROBABLE CAUSE**

4. On June 2, 2017, a federal grand jury returned an indictment in Southern District of California case number 17CR1447-WQH charging Jack MOSHER and others with conspiracy to distribute methamphetamine in violation of 21 U.S.C. § 841 and 846. The indictment arises from a wiretap investigation, during which multiple pounds of methamphetamine were seized from MOSHER. MOSHER was arrested on June 19, 2017, and is presently in custody. MOSHER has prior felony convictions and therefore may not lawfully possess a firearm.

5. On July 7, 2017, MOSHER, in the presence of his counsel, notified me that he had two additional pounds of methamphetamine stored at a storage unit he rented at "Storage West" located on Jamacha Blvd. in Spring Valley, California. MOSHER also stated that he had a loaded .380 caliber handgun at the same location. MOSHER stated that he rented two units and that the methamphetamine and handgun were both in one of the units. MOSHER consented to a search of his storage units but did not provide accurate unit numbers.

6. On July 7, 2017, DEA agents served an administrative subpoena for renter records at the Storage West facility and determined that MOSHER rents two units there: C594 and C405. I therefore believe, based on MOSHER's admissions, that at least one of those units contains methamphetamine and a loaded handgun.

7. As a general matter, based on my training and experience, and consultation with other law enforcement officers experienced in drug investigations, I know that:

a. Individuals involved in drug trafficking often keep paraphernalia for packaging, weighing, cutting, testing, distributing and manufacturing controlled substances with or near their drug inventory.

b. They also may store "fruits" of their drug sales, including United States currency and other valuables.

c. Individuals involved in drug trafficking often maintain records of their narcotics transactions for months or years at a time. It is common, for example, for drug traffickers to keep pay/owe sheets or other papers of drugs sold and monies owed. Such pay/owe sheets or papers are used as a basis for accounting and for settling existing debts. Such records are often maintained for a substantial period of time even after the debts are collected. Such records and pay/owe sheets also frequently include the names, identities and telephone numbers of suppliers, customers and co-conspirators.

WHEREFORE, I request that the Court issue a search warrant for the property in Attachment A to search for and seize the items in Attachment B.

_____
Christopher Slagh
Special Agent
Drug Enforcement Administration

SUBSCRIBED and SWORN to before me this __th day of July, 2017 in San Diego, California.

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge